84 A.3d 323

Angelo ARMENTI, Jr., Appellant

v.

The PENNSYLVANIA STATE SYSTEM OF HIGHER EDU-CATION, the Board of Governors' of the Pennsylvania State System of Higher Education, Guido Pichini, Chairman of the Board of Governors, Individually and in his Official Capacity, and John Cavanaugh, Chancellor, Individually and in his Official Capacity, Appellees.

Supreme Court of Pennsylvania.

Jan. 21, 2014.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of January, 2014, the Order of the Commonwealth Court is hereby **AFFIRMED.**